June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

**EUGENE L. BUTLER, ROBERT E. CHAMBERLAIN, RONALD E. SMITH AND SHIP AND SAIL, INC., Appellant**

NO. 14-15-00410-CV                                    V.

**AMEGY BANK, N.A., SUCCESSOR TO MAXIMBANK, Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, Amegy Bank, N.A., successor to MaximBank, signed January 7, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Eugene L. Butler, Robert E. Chamberlain, Ronald E. Smith, and Ship and Sail, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.